IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.248.226.136

**ISP:** Comcast Cable
**Physical Location:** Jersey City, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/30/2016 01:32:46 | 241E237F3FB63DA75620D1556A41829651358A40 | Hotter Than Ever |
| 11/22/2016 01:28:26 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 11/03/2016 01:49:22 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 09/14/2016 01:36:15 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 08/18/2016 02:22:14 | CC78D62A69F84083D97C90D739B700DAE85E6685 | Sultry Summer Heat |
| 08/18/2016 02:19:08 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 08/18/2016 02:14:46 | 0F2B58C326807B9A1C6285EEFF0A36EAF3C378B5 | Nina Needs It Now |
| 08/18/2016 02:07:55 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 08/18/2016 02:05:45 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |
| 08/18/2016 01:51:33 | C9CF5A8811F7233CC35C947D379DAE5B9977DC26 | Hungry For Your Love |
| 08/18/2016 01:49:07 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 05/24/2016 01:19:13 | AD478D7FB2ADE03C23216220C34BB862B84639BD | In the Garden of Ecstasy |
| 04/13/2016 03:00:06 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 04/13/2016 02:59:49 | AC3307D2D37E7B5023434EE0DF45485C0FB358D6 | Susie Forever |
| 03/19/2016 02:06:54 | 5FD3D2CA3613C40DFE3F78C3F6B45704AEA4CDDA | Tantalizing Fox |
| 02/21/2016 17:12:53 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 02/07/2016 18:33:27 | AEFAF09AC68DAA06E98C65AFC792BF6E79A8E359 | Sweet Sensations |
| 01/12/2016 01:46:07 | 209B81F1D95FE34D255D2ACE4776CAC5B305FDAA | All I Want for Christmas |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

CNJ637